# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| RECO Rishad Engineering Construction ORG | )  ASBCA No. 60444 |
| | ) |
| Under Contract No. W91B4M-07-C-7228 | ) |

APPEARANCE FOR THE APPELLANT:  Mr. Burhan Jan
CEO and President

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
Army Chief Trial Attorney
LTC Joseph J. Jankunis, JA
Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE PEACOCK ON APPELLANT'S SECOND MOTION FOR RECONSIDERATION

Appellant has submitted an email, dated 14 April 2017, that we interpret as a second motion for reconsideration of our earlier decision dismissing the appeal for lack of jurisdiction. We have not requested a response from the government.

We dismissed the appeal for lack of jurisdiction on 10 November 2016 and denied RECO's first motion for reconsideration on 12 April 2017. "The Board's Rules do not provide for a second motion for reconsideration." *Quality Trust Inc.*, ASBCA No. 59983, 16-1 BCA ¶ 36,529 at 177,946. Accordingly, appellant's second motion for reconsideration is denied, and the Recorder is instructed not to accept any further filings by appellant relative to this appeal. *See Al Barih for General Contracting Ltd.*, ASBCA No. 57148, *et al.*, 15-1 BCA ¶ 35,936 at 175,629.

Dated: 24 May 2017

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                            I concur

_____        _____
MARK N. STEMPLER                                RICHARD SHACKLEFORD
Administrative Judge                            Administrative Judge
Acting Chairman                                 Vice Chairman
Armed Services Board                            Armed Services Board
of Contract Appeals                             of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60444, Appeal of RECO Rishad Engineering Construction ORG, rendered in conformance with the Board's Charter.

Dated:


                              _____
                              JEFFREY D. GARDIN
                              Recorder, Armed Services
                              Board of Contract Appeals

2